```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

CARLOS FLOREZ,

                Plaintiff,

    - against -

CAFE CORTADITO LLC, ET AL.,

                Defendants.

―――――――――――――――――――――――――――――――――

19-cv-3790 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The deadline for the joint pretrial order and other pretrial filings was February 21, 2020. No such filings have been made. The deadline for those filings is extended to **May 1, 2020**. If no such filings are made, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
            April 17, 2020

                                          /s/ John G. Koeltl
                                           **JOHN G. KOELTL**
                              **United States District Judge**